IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS MONTANA WILLIAMSON**
**ADC #152796**                                                                                                                      **PLAINTIFF**

V.                               NO. 4:23-cv-00571-JM

**DAISHA THOMPSON and**
**DEXTER PAYNE**                                                                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 26th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE